Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.:  19−21635−JKS
                              Chapter:  13
                              Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Fabiola Cornejo
    76 Riggs Pl
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−4696

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       5/28/20
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Carlos D Martinez, Debtor's Attorney

COMMISSION OR FEES
$1,776.25

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 29, 2020
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Fabiola Cornejo  
    Debtor

Case No. 19-21635-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2   Date Rcvd: Apr 29, 2020  
    Form ID: 137   Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
```
db              #+Fabiola Cornejo,    76 Riggs Pl,    West Orange, NJ 07052-5212
cr              +U.S. Bank National Association, not in its individ,    P.O. Box 55004,    Irvine, CA 92619-5004
518295228       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518358495       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518295229       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518370809       +David Aviles,    76 Riggs Pl,    West Orange, NJ 07052-5212
518295231       +Debt Recovery Solution,    Attn: Bankruptcy,    6800 Jericho Turnpike Suite 113e,
                  Syosset, NY 11791-4401
518295233       +Fay Servicing Llc,    Attn: Bankruptcy Dept,    Po Box 809441,    Chicago, IL 60680-9441
518295234       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518370810       +John Munbreau,    76 Riggs Pl,    West Orange, NJ 07052-5212
518636477        U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                  Irvine, CA 92619-2708
518444926        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg PA 17106-9184
518394316       +Wilmington Savings Fund Society,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
518302839       +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 29 2020 22:36:48      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 29 2020 22:36:45      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ  07102-5235
518295230       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 29 2020 22:37:00
                  Convergent Outsourcing, Inc.,    Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
518295232       +E-mail/Text: bknotice@ercbpo.com Apr 29 2020 22:36:51      ERC/Enhanced Recovery Corp,
                  Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518369949        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 22:36:56      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518295235        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 22:36:56      Jefferson Capital Systems, LLC,
                  Po Box 1999,    Saint Cloud, MN 56302
518400109       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 22:36:45      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN MI 48090-2011
518418147        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 22:34:28
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
518636478*       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                  Irvine, CA 92619-2708
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                Page 2 of 2              Date Rcvd: Apr 29, 2020
                                  Form ID: 137               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              Carlos D Martinez    on behalf of Debtor Fabiola  Cornejo cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr9387
               8@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services LLC dnj@pbslaw.org
              Shauna M Deluca    on behalf of Creditor    Wilmington Savings Fund Society, FSB sdeluca@rasflaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```