UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
cmartinez@scura.com
Carlos D. Martinez, Esq.
Attorney for Debtor

In Re:

Fabiola Cornejo,

                                    Debtor.

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        19−21635

Chapter:         13

Judge:           JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____1,776.25_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____1,776.25_____ .  The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

□  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2