Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21635−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fabiola Cornejo
76 Riggs Pl
West Orange, NJ 07052

Social Security No.:
xxx−xx−4696

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/25/20 at 10:00 AM

to consider and act upon the following:

*52* – Application for Extension of Loss Mitigation Period. Filed by Carlos D Martinez on behalf of Fabiola Cornejo. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Martinez, Carlos)

*54* – Certification in Opposition to (related document:52 Application for Extension of Loss Mitigation Period. Filed by Carlos D Martinez on behalf of Fabiola Cornejo. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Fabiola Cornejo) filed by Stuart H. West on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT c/o Rushmore Loan Management Services LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 6/3/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court