UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
cmartinez@scura.com
Carlos D. Martinez, Esq.
Attorney for Debtor

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fabiola Cornejo,

Debtor.

Case No.: 19−21635

Chapter: 13

Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 2, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____1,776.25_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____1,776.25_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Fabiola Cornejo  
    Debtor

Case No. 19-21635-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 02, 2020  
               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db        #+Fabiola Cornejo,    76 Riggs Pl,    West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

         Carlos D Martinez    on behalf of Debtor Fabiola  Cornejo cmartinez@scura.com, ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com  
         Kevin Gordon McDonald     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Laura M. Egerman     on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Robert P. Saltzman     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dnj@pbslaw.org  
         Shauna M Deluca     on behalf of Creditor    Wilmington Savings Fund Society, FSB sdeluca@rasflaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 7