Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21635−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fabiola Cornejo
   76 Riggs Pl
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−4696

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/25/20 at 10:00 AM

to consider and act upon the following:

*52* − Application for Extension of Loss Mitigation Period. Filed by Carlos D Martinez on behalf of Fabiola Cornejo. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Martinez, Carlos)

*54* − Certification in Opposition to (related document:52 Application for Extension of Loss Mitigation Period. Filed by Carlos D Martinez on behalf of Fabiola Cornejo. Objection deadline is 6/8/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Fabiola Cornejo) filed by Stuart H. West on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT c/o Rushmore Loan Management Services LLC. (Attachments: # 1 Certificate of Service) (West, Stuart)

Dated: 6/3/20

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Fabiola Cornejo
    Debtor

Case No. 19-21635-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 03, 2020
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db        #+Fabiola Cornejo,   76 Riggs Pl,   West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
        Carlos D Martinez   on behalf of Debtor Fabiola  Cornejo cmartinez@scura.com,
         ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
        Kevin Gordon McDonald   on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
         Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Laura M. Egerman   on behalf of Creditor    Wilmington Savings Fund Society, FSB
         bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        Robert P. Saltzman   on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
         Management Services LLC dnj@pbslaw.org
        Shauna M Deluca   on behalf of Creditor    Wilmington Savings Fund Society, FSB sdeluca@rasflaw.com
        Stuart H. West   on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management
         Services LLC swest@pbslaw.org
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 8