UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Carlos D. Martinez, Esq.
cmartinez@scura.com
Counsel for the Debtor

In Re:
Fabiola Cornejo,
                      Debtor.

Order Filed on July 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        19-21635-JKS

Chapter:             13

Judge:              JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 09/04/2019 :

Property: 76 Riggs Pl., West Orange, NJ 07052

Creditor: Rushmore Loan Management, LLC (previously Fay Servicing)

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the Debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by_____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 07/09/2020 .
Without Prejudice to Further Extension.

☐ The Loss Mitigation Period is terminated, effective_____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2