UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Carlos D. Martinez, Esq.
cmartinez@scura.com
Counsel for the Debtor

In Re:
Fabiola Cornejo,
               Debtor.

Order Filed on July 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21635-JKS

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 09/04/2019 :

Property:    76 Riggs Pl., West Orange, NJ 07052

Creditor:    Rushmore Loan Management, LLC (previously Fay Servicing)

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by the Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by_____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including 07/09/2020 .
Without Prejudice to Further Extension.

[ ] The Loss Mitigation Period is terminated, effective_____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

Case 19-21635-JKS    Doc 61    Filed 07/03/20    Entered 07/04/20 00:26:40    Desc Imaged
Certificate of Notice    Page 3 of 4

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-21635-JKS
Fabiola Cornejo                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin             Page 1 of 1          Date Rcvd: Jul 01, 2020
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db             #+Fabiola Cornejo,    76 Riggs Pl,    West Orange, NJ 07052-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:
              Carlos D Martinez    on behalf of Debtor Fabiola  Cornejo cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services LLC dnj@pbslaw.org
              Shauna M Deluca    on behalf of Creditor    Wilmington Savings Fund Society, FSB sdeluca@rasflaw.com
              Stuart H. West    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management
               Services LLC swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8