UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McMANIMON, SCOTLAND
 & BAUMANN, LLC
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk (rtrenk@msbnj.com)
Andrew E. Arthur (aarthur@msbnj.com)
Attorneys for Township of West Orange

In Re:

FABIOLA CORNEJO,

    Debtor.

**FILED**
JEANNE A. NAUGHTON, CLERK
**AUG.13, 2020**
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY: *Zelda Haywood*
DEPUTY

Case No.: 19-21635

Chapter: 13

Judge: John K. Sherwood

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: August 13, 2020

After review of the application of  the Township of West Orange  for a reduction of time for a hearing on  Motion for Relief from Stay, to Compel Debtor to Remediate Property and to Compel Turnover of Rents Collected  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  August 27, 2020  at  10:00 am  in the United States Bankruptcy Court,  50 Walnut Street, 3rd Floor, Newark, NJ 07102 , Courtroom No.  3D  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Fabiola Cornejo, Debtor and Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, his attorneys

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Standing Trustee, all parties who entered an appearance and requested notice, David Aviles (tenant), John Munbreau (tenant), U.S. Bank National Association, etc. c/o Rushmore Loan Management Services, LLC (via Pluese, Becker & Saltzman)

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Chapter 13 Trustee and parties listed in Paragraph 2 above 

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ___2___ day(s) prior to the scheduled hearing; or

    ☐ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*