Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 19−21635−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Fabiola Cornejo
   76 Riggs Pl
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−4696

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/18/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 18, 2020
JAN: zlh

                                              Jeanne Naughton
                                              Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 19-21635-JKS
Fabiola Cornejo                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Aug 18, 2020
                               Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db           +Fabiola Cornejo,    76 Riggs Pl,    West Orange, NJ 07052-5212
cr           +U.S. Bank National Association, not in its individ,     P.O. Box 55004,    Irvine, CA 92619-5004
518358495    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518295229    +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
518370809    +David Aviles,    76 Riggs Pl,    West Orange, NJ 07052-5212
518295231    +Debt Recovery Solution,    Attn: Bankruptcy,    6800 Jericho Turnpike Suite 113e,
               Syosset, NY 11791-4401
518295233    +Fay Servicing Llc,    Attn: Bankruptcy Dept,    Po Box 809441,    Chicago, IL 60680-9441
518295234    +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518370810    +John Munbreau,    76 Riggs Pl,    West Orange, NJ 07052-5212
518636477     U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
               Irvine, CA 92619-2708
518444926     U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
               Harrisburg PA 17106-9184
518394316    +Wilmington Savings Fund Society,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
518302839    +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518295228    +EDI: BANKAMER.COM Aug 19 2020 03:23:00      Bank Of America,    4909 Savarese Circle,
               Fl1-908-01-50,    Tampa, FL 33634-2413
518295230    +EDI: CONVERGENT.COM Aug 19 2020 03:28:00      Convergent Outsourcing, Inc.,    Attn: Bankruptcy,
               Po Box 9004,    Renton, WA 98057-9004
518295232    +E-mail/Text: bknotice@ercbpo.com Aug 19 2020 00:12:59      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
518369949     EDI: JEFFERSONCOM.COM Aug 19 2020 03:28:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
518295235     EDI: JEFFERSONCAP.COM Aug 19 2020 03:28:00      Jefferson Capital Systems, LLC,    Po Box 1999,
               Saint Cloud, MN 56302
518400109    +EDI: MID8.COM Aug 19 2020 03:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
               WARREN MI 48090-2011
518418147     EDI: PRA.COM Aug 19 2020 03:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wilmington Savings Fund Society, FSB,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
518636478*    U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
               Irvine, CA 92619-2708
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                 Page 2 of 2            Date Rcvd: Aug 18, 2020
                               Form ID: 148                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:

  Carlos D Martinez  on behalf of Debtor Fabiola  Cornejo cmartinez@scura.com, ecfbkfilings@scuramealey.com;dstevens@scura.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com

  Kevin Gordon McDonald  on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

  Laura M. Egerman  on behalf of Creditor    Wilmington Savings Fund Society, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

  Marie-Ann  Greenberg  magecf@magtrustee.com

  Richard D. Trenk  on behalf of Creditor    Township of West Orange rtrenk@msbnj.com, cdeangelis@msbnj.com

  Robert P. Saltzman  on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC dnj@pbslaw.org

  Shauna M Deluca  on behalf of Creditor    Wilmington Savings Fund Society, FSB sdeluca@rasflaw.com

  Stuart H. West  on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan Management Services LLC swest@pbslaw.org

  U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

                                                           TOTAL: 9